

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Ex parte Andrew Pete

Appellate case number:    01-22-00259-CR

Trial court case number:  1761902

Trial court:              179th District Court of Harris County, Texas

Appellant, Andrew Pete, has filed a notice of appeal of the trial court's order denying his pretrial application for writ of habeas corpus. The Court will consider briefing in this appeal. *See* TEX. R. APP. P. 31.1(b).

Appellant is ordered to file a brief **within 20 days from the date of this order**. *See* TEX. R. APP. P. 31.1(a), (b), 38.6(a). The State's brief, if any, will be due no later than 20 days from the date appellant's brief is filed.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                Acting individually

Date: September 13, 2022